

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC, | § | No. 08-24-00353-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| | § | of El Paso County, Texas |
| RALPH MIRANDA and SAUL ALFONSO PAZ, | § | |
| Appellees. | § | (TC# 2024DVC0506) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 5th day of March 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.